IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL E. HANNUM,<br><br>            Defendant. | 8:03CR569 AND 8:16CR313<br><br>RELEASE ORDER |

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 12:00 p.m. on August 10, 2017

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

May 10, 2017.

                                                          BY THE COURT:

                                                          *s/ Cheryl R. Zwart*
                                                          United States Magistrate Judge