IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:03CR569 & |
| | ) | 8:16CR313 |
| v. | ) | |
| | ) | |
| MICHAEL E. HANNUM, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

At the request of the United States Probation Officer,

IT IS ORDERED that the warrant is withdrawn, but the previously scheduled hearing on September 19, 2018, remains set. The Clerk shall provide the United States Marshals Service with a copy of this order.

DATED this 7th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge